**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Lynn Randall<br>v.<br>AT&T f/k/a SBC Ameritech | Case Number:<br>FILED: MAY 19, 2008<br>08 cv 2881   JH<br>JUDGE KOCORAS<br>MAGISTRATE JUDGE VALDEZ |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Lynn Randall

| |
|---|
| NAME (Type or print)<br>Elisabeth Shoenberger |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Elisabeth Shoenberger |
| FIRM<br>Shoenberger Law Offices |
| STREET ADDRESS<br>4305 N. Lincoln Avenue |
| CITY/STATE/ZIP<br>Chicago, IL 60618 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6243879 | TELEPHONE NUMBER<br>773-244-9628 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |