Elisabeth E. Shoenberger
Shoenberger Law Offices
4305 N. Lincoln Avenue
Chicago, IL 60618
773-244-9628
shoenberger@earthlink.net

May 20, 2008

Clerk of the Northern District of Illinois

To whom it concerns:

I am filing this letter to request a refund of one of the two filing fees paid in the matter of Randall v. AT&T, 08 C 2881. The first payment of 2786431 was the payment that should have been paid. As such please refund the payment made to American Express. The receipt number is 2786432. Please contact me if you need any further information

Sincerely,

*/s/Elisabeth Shoenberger*

Elisabeth Shoenberger