**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Lynn Randall
                        Plaintiff,

v.                                        Case No.: 1:08–cv–02881
                                                 Honorable Charles P. Kocoras

ATT
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 31, 2008:

      MINUTE entry before the Honorable Charles P. Kocoras:Case called for status on 7/31/2008. No one appears. Status hearing reset to 8/21/2008 at 9:30 a.m. Plaintiff's failure to appear at future hearings will result in the dismissal of the complaint for want of prosecution.Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.